UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MATTHEWS,<br>        Plaintiff,<br>v.<br>APPLE, INC.,<br>        Defendant. | Case No. 24-cv-00272-JST<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br>Re: ECF No. 82 |

The parties have filed a joint status report and stipulation for a stay of this case. ECF No. 82. That filing indicates that they have reached a settlement agreement, which they anticipate reducing to writing and executing within 45 days. *Id.* at 2. Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within 60 days of the date of this order.

**IT IS SO ORDERED**.

Dated: October 1, 2025

_____
JON S. TIGAR
United States District Judge